466 A.2d 729

Commonwealth v. Spiker, Appellant.

Submitted March 23, 1982. Victor Dell'Alba, for appellant; Wanda D. Neuhaus, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.